IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL JACKSON,

      Petitioner,             No. 2:12-cv-3033 TLN KJN P

      vs.

KAMALA D. HARRIS,

      Respondent.        ORDER

_____/

      Respondent requested a second extension of time to file a reply, which is not opposed by counsel for petitioner. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's request for extension (ECF No. 21) is granted; and

      2. Respondent shall file a reply on or before June 14, 2013.

DATED: May 20, 2013

                                  _____
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

jack3033.ext2